UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CAMDEN VINCINAGE

| | |
|---|---|
| LEONARD HARRISON and ANN MARIE HARRISON, his wife,<br><br>Plaintiff(s),<br><br>Vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant(s) | CIVIL COMPLAINT<br><br>Docket No.<br><br><br>COMPLAINT AND DEMAND FOR JURY |

Plaintiff, Leonard Harrison, claims damages against the United States of America, and in support thereof, avers as follows:

## PARTIES

1. The Plaintiff, Leonard Harrison, resides at 251 Roxbury Street, in the Borough of Browns Mills, County of Burlington, State of New Jersey.

2. The Defendant, United States of America, owns, operates and controls the United States Postal Service, and all aspects of mail delivery, including its employees, servants and agents.

## JURIDICTION AND VENUE

3. This Court has jurisdiction, pursuant to 28 U.S.C. § 1346(b) and Federal Tort Claims Act.

4. The Plaintiff's claim was presented to the United States of America on November 15, 2019 and was formally denied on May 10, 2021. Therefore, all procedural

       pre-requisite to suit have been met.

5. Venue lies in this district pursuant to 28 U.S.C. § 1402(b) as all the events relevant to this accident occurred in this district.

## COUNT I

6. On June 28, 2018, the Plaintiff, Leonard Harrison, was a lawful occupant of a motor vehicle which was parked in the driveway of 9 Westwind Way in the Township of Westampton, County of Burlington, State of New Jersey.

7. At the aforesaid time and place, the Defendant, United States of America, by and through its employee/servant/agent, Anthony Chrupcala, operated its vehicle along Westwind Way in such a careless and negligent manner by failing to observe the parked vehicle that the Plaintiff, Leonard Harrison, was in causing a violent collision.

8. Said collision was caused and/or substantially contributed to by the carelessness and negligence of the Defendant, United States of America, by and through its agent/servant/employee, Anthony Chrupcala, who failed to make proper observations of traffic, was travelling at a high rate of speed excessive for traffic conditions then and there existing, failed to apply his brakes, failed to properly maintain his vehicle, was in disregard of the rights of others using the public roadway and was otherwise careless and negligent.

9. As a direct and proximate result of the carelessness and negligence of the Defendant, United States of America, as aforesaid, the Plaintiff, Leonard Harrison, sustained severe personal injuries both temporary and permanent in nature; did suffer, is suffering and may in the future suffer great pain and

physical discomfort; has compelled and in the future may be compelled to expend large sums of money for medical treatment; has been unable and may in the future be unable to pursue his normal activities resulting in loss of income and has been otherwise damaged.

WHEREFORE, the Plaintiff, Leonard Harrison, demands judgment against the Defendant, United States of America, for such sums as would reasonably compensate him in accordance with the laws of the State of New Jersey, together with interest and costs of suit.

## COUNT II

1. Plaintiff hereby repeats and incorporates herein each and every paragraph contained in the Complaint but for the sake of brevity are not set forth at length.
2. At the aforesaid time and place, Defendant, United States of American, was the owner of the vehicle which Anthony Chrupcala was operating during the Course and scope of his employment with the United States Postal Service and as such, his acts of negligence are imputed to the Defendant, United States of America.

WHEREFORE, the Plaintiff, Leonard Harrison, demands judgment against the Defendant, United States of America, for such sums as would reasonably compensate him in accordance with the laws of the State of New Jersey, together with interest and costs of suit.

## COUNT III

1. Each and every allegation contained in the previous Counts are repeated and incorporated herein but for the sake of brevity are not set forth at length.

2. Plaintiff, Ann Marie Harrison, is the wife of the Plaintiff, Leonard Harrison and entitled to his services, society and consortium.

3. As a result of the carelessness and negligence of the Defendant, United States of America, as aforesaid and injuries caused to her husband by same, Plaintiff, Ann Marie Harrison has been and will be deprived of the services, society and consortium of her husband, Plaintiff, Leonard Harrison.

WHEREFORE, Plaintiff, Ann Marie Harrison, demands judgment against Defendant, United States of America, for such sums as would reasonably and properly compensate her in accordance with the Laws of the State of New Jersey, together with interest and costs of suit.

## COUNT IV

1. Each and every allegation contained in the previous Counts re repeated and incorporated herein, but for the sake of brevity is not set forth here at length.

WHEREFORE, the Plaintiffs, Leonard Harrison and Ann Marie Harrison, his wife, demand judgment against the Defendant, The United States of American, for such sums as would reasonably and properly compensate them in accordance with the Laws of the State of New Jersey, together with interest and costs of suit.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, the undersigned attorneys for the Plaintiffs, Leonard Harrison and Anne Marie Harrison, hereby designates John D. Borbi, Esquire as Trial Counsel.

Dated: 5/20/21

**BORBI, CLANCY & PATRIZI LLC**
Attorney for Plaintiffs

_____
JOHN D. BORBI, ESQ.

## DEMAND FOR JURY TRIAL

TAKE NOTICE that the Plaintiffs, Leonard Harrison and Anne Marie Harrison, hereby demands a Trial by Jury on all issues in accordance with the Rules of this Court.

Dated: 5/20/21

**BORBI, CLANCY & PATRIZI, LLC**
Attorney for Plaintiffs

_____
JOHN D. BORBI, ESQ.

## **CERTIFICATION IN ACCORDANCE WITH RULE 4:5-1**

John D. Borbi, Esquire, certifies that there are no other actions or arbitrations pending or contemplated involving the subject matter of this controversy at this time, and there are no additional known parties who should be joined to the present action at this time.

I certify that confidential personal identifiers have been redacted from documents now submitted to the Court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

I certify that the foregoing statements made by me are true and accurate. I further certify that if any of the foregoing statements made by me are willfully false, I am subject to punishment

Dated: 5/20/21

JOHN D. BORBI, ESQ.
BORBI, CLANCY & PATRIZI, LLC
Attorney for Plaintiffs
999 Route 73 North, Suite 102
Marlton, New Jersey 08053